# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ANTOINETTE COLLAZO              : CIVIL ACTION
                                :
      vs.                       :
                                : NO. 08-CV-2520
OPTION ONE MORTGAGE CORP.,      :
ET. AL.                         :
```

## ORDER

AND NOW, this 16th day of November, 2009, upon consideration of Defendants' Motion for Judgment on the Pleadings (Doc. No. 16), the Plaintiff's Reply thereto and the supplemental reply briefs of the parties, it is hereby ORDERED that the Motion is GRANTED and Judgment is hereby entered in favor of the Defendants and against the Plaintiff as a matter of law for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,           J.